# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT BLIER, | ) |
| Plaintiff | ) |
| v. | ) **Case No.: 1:13-cv-00100** |
| LTD FINANCIAL SERVICES, L.P., | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: March 28, 2013

BY:/s/Angela K. Troccoli
Angela K. Troccoli, Esquire
Attorney ID # 18539
Kimmel & Silverman, P.C.
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
Email: atroccoli@creditlaw.com
Attorney for Plaintiff